# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELADIO CASTANEDA PONCE,<br><br>　　　　Defendant. | Case No.:  CR 09-0866-04 DLJ<br><br>**STIPULATION AND  ORDER RE SENTENCING** |

　　This case was previously set for sentencing on Friday, October 1, 2010, at 10:00 a.m. Because defense counsel must appear at the Ninth Circuit Court of Appeals on another matter at the same date and time, the parties stipulate and request that the Court continue the sentencing in this case until Friday, **October 15, 2010**, at 10:00 a.m.

SO STIPULATED:

　　　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: September 20, 2010　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　WADE RHYNE
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
RE SENTENCING [Case No.: CR 09-0866-04 DLJ]　　　　　　　　　　　　　　1

Dated: September 20, 2010                           \_\_\_\_\_/s/_____
                                                    EDWIN PRATHER
                                                    Attorney for Defendant
                                                    ELADIO CASTANEDA PONCE

**ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing hearing in this case is hereby continued until **October 15, 2010**, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 28, 2010                          _____
                                                    HON. D. LOWELL JENSEN
                                                    U.S. DISTRICT JUDGE